UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CESAR V. GONZALEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TIER ONE SECURITY, INCORPORATED and SHAWN FLUITT,<br><br>*Defendants*. | CAUSE NO.: 5:12-cv-00806-XR<br><br><br><br>JURY TRIAL DEMANDED<br><br><br><br>COLLECTIVE ACTION |

## CONDITIONAL STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this case, with prejudice, with the condition (by agreement of the parties) that the Court sign the attached order of dismissal retaining jurisdiction in this matter to enforce the parties' settlement agreementt should any dispute arise.

Respectfully submitted,

**/S/ Michael K. Burke**
By:_____
Michael K. Burke
mburke@mmguerra.com
Texas State Bar No.: 24012359
Fed. I.D. No.: 24356
*Attorney-In-Charge for Plaintiff*
3900 N. 10th St., Suite 850
McAllen, Texas 78501
(956) 682-5999 – Telephone
(888) 317-8802 – Facsimile

Respectfully submitted,

**/S/ Michael L. Holland**
By:_____
Michael L. Holland
mholland@hollandfirm.com
Texas State Bar No.: 09850750
*Attorney-In-Charge for Defendants*
1250 N.E. Loop 410, Suite 808
San Antonio, Texas 78209
(210) 824-8282 – Telephone
(210) 824-8585 – Facsimile

| Of Counsel for Plaintiffs: | Of Counsel for Defendants: |
|---|---|
| **THE LAW OFFICES OF MICHAEL M. GUERRA** | **HORNBERGER, SHEEHAN, FULLER & BEITER, INC.** |
| 3900 N. 10th St., Suite 850 | David W. Navarro |
| McAllen, Texas 78501 | Texas State Bar No.: 24027683 |
| (956) 682-5999 – Telephone | The Quarry Heights Building |
| (888) 317-8802 – Facsimile | 7373 Broadway, Suite 300 |
| | San Antonio, Texas 78209 |
| Marco A. Salinas | (210) 271-1700 – Telephone |
| borderlawyer@hotmail.com | (210) 271-1740 – Facsimile |
| Texas State Bar No.: 00794583 | |
| **KNICKERBOCKER, JASSO, HEREDIA & STEWART, P.C.** | |
| 468 E. Main St. | |
| Eagle Pass, Texas 78852 | |
| (830) 773-9228 – Telephone | |
| (830) 773-2582 – Facsimile | |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with opposing counsel regarding this filing and they are in agreement.

                                         **/S/ Michael K. Burke**
                                         _____
                                         Michael K. Burke

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon and forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure via the Western District's CM/ECF system on this the 14th day of April, 2014.

Michael L. Holland
Inez McBride
**HOLLAND & HOLLAND, L.L.C.**
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas 78209

David W. Navarro
**HORNBERGER, SHEEHAN,**
   **FULLER & BEITER, INC.**
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209

                              **/S/ Michael K. Burke**
                              _____
                              Michael K. Burke